IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CYNTHIA LARSON, KIMBERLY DEHAAN,
JEANNETTE BORDEN, REBECCA BAVNIK
and AMY J. CLOUTE, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

UNITED HEALTHCARE INSURANCE
COMPANY, WISCONSIN PHYSICIANS
SERVICE INSURANCE CORPORATION,
HUMANA INSURANCE COMPANY,
NETWORK HEALTH PLAN, BLUE CROSS
BLUE SHIELD OF WISCONSIN and
COMPCARE HEALTH SERVICES
INSURANCE CORPORATION,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-473-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants against plaintiffs and this case is dismissed.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

1/5/12
Date